Opinion issued January 19, 2012

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00019-CV

———————————

IN RE CHARLES
W. BISHOP, II, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



MEMORANDUM OPINION

Relator, Charles W. Bishop, II, has filed a pro se petition for writ of
mandamus in this court.  See Tex.
Gov’t Code § 22.221 (Vernon 2004); see
also Tex. R. App. P. 52.  Relator complains of an order signed by respondent* dismissing two defendants in the trial
court.  Relator requests that we order
respondent to withdraw the dismissal order and “reinstate” the defendants. 

We deny the petition for writ of mandamus.  See Tex. R. App. P. 52.8(a).

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Higley and Brown.











*           Respondent
is The Honorable Reece Rondon of the 234th District Court, Harris County,
Texas.  Relator has provided us with information
indicating that this original proceeding arises out of Cause No. 2011–39834, styled Charles W. Bishop, II v. Bruce Robinson et.
al, pending in the 234th District Court, Harris County, Texas, the
Honorable Reece Rondon, presiding.